## CERTIFICATE OF SERVICE

  I, certify that a true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested on December 28, 2000, to counsel for Defendant:

Ramiro Moreno, Jr.
366 Diaz Street
San Benito, TX 78586

*M. H. Cersonsky* (signature)

M. H. Cersonsky